```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/27/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
DARLENE DAHLGREN, on behalf of
herself and all other similarly situated,

                Plaintiff,

-against-

BAYER HEALTHCARE LLC, and ELANCO
ANIMAL HEALTH, INC.,

                Defendants.
-----------------------------------------------------------

21 Civ. 3109 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has been advised that on August 11, 2021, the Judicial Panel on Multidistrict Litigation issued an order directing the transfer of this action to the Northern District of Illinois. ECF No. 24-1. Accordingly, the Clerk of Court is directed to transfer this action to the United States District Court for the Northern District of Illinois.

       SO ORDERED.

Dated: August 27, 2021
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge